*May Term,
1859.*

RANSOM
v.
ROBINSON.

---

RANSOM and Others *v.* ROBINSON.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The error assigned in this case is upon

*Tuesday,
June 28.*

the same point raised in *Ward* v. *Buell*, 11 Ind. R. 327; and, for the reasons therein given, the judgment must be affirmed.

The judgment is affirmed with 10 per cent. damages and costs.

*D. Moss* and *J. W. Evans*, for the appellants.

*S. Yandes* and *C. C. Hines*, for the appellee.